1  Mark F. Anderson (SBN 44787)
   Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
2  445 Bush Street, 6th Floor
   San Francisco, CA 94108
3  Ph: (415) 861-2265
   Fax: (415) 861-3151
4  mark@kabolaw.com

5  Attorneys for Plaintiff Alfred Jones

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED JONES, ) | Case No. 2:08-CV-00103 FCD DAD |
| Plaintiffs, ) | |
| v. ) | ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AS AGAINST DEFENDANT HSBC BANK NEVADA, NATIONAL ASSOCIATION |
| EXPERIAN INFORMATION SOLUTIONS, INC., ) et al, ) | |
| Defendants ) | |

Pursuant to the stipulation of the parties, it is hereby ordered that plaintiff's claims against defendant HSBC BANK NEVADA, NATIONAL ASSOCIATION are dismissed with prejudice and without costs to any party pursuant to FRCP 41(a)(1).

Dated: February 26 , 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Order for Dismissal of Claims (HSBC) in *Jones v Experian*

1