1  Mark F. Anderson (SBN 44787)
   Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
2  445 Bush Street, 6th Floor
   San Francisco, CA 94108
3  Ph: (415) 861-2265
   Fax: (415) 861-3151
4  mark@kabolaw.com

5  Attorneys for Plaintiff Alfred Jones

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED JONES, ) | Case No. 2:08-cv-00103 FCD-DAD |
| Plaintiffs, ) | |
| ) | ORDER FOR DISMISSAL OF |
| v. ) | PLAINTIFF'S CLAIMS AGAINST |
| ) | DEFENDANT CAPITAL ONE BANK |
| EXPERIAN INFORMATION SOLUTIONS, INC., ) et al, ) | |
| Defendants ) | |

   Pursuant to the stipulation of the parties filed March 18, 2008, it is hereby ordered that plaintiff's claims against defendant CAPITAL ONE BANK are dismissed with prejudice and without costs to any party pursuant to FRCP 41(a)(1).

   IT IS SO ORDERED.

Dated: March 19, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Order for Dismissal of Claims (Capital One Bank) in *Jones v Experian*

1