Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff Alfred Jones

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFRED JONES,**<br><br>          Plaintiff,<br><br>     v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC, et al,**<br><br>          Defendants. | Case No. 2:08-CV-00103-FCD-DAD<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated:  May 29, 2008.

/s/Mark F. Anderson
Mark F. Anderson
Kemnitzer, Anderson, Barron, Ogilvie & BrewerLLP
445 Bush Street, 6th Floor
San Francisco, CA 9411
Phone: (415) 623-3784, ext 101
Fax: (415) 861-3151
email: mark@kabolaw.com
Attorney for Plaintiff Alfred Jones

Dated:  May 30, 2008.

/s/ David L. Wallach
David L. Wallach
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104-1500
Phone: (415) 626-3939
Fax: (415) 875-5700
email: dwallach@jonesday.com

Stip and Order re VDRP in *Jones v Experian, No*  2:08-cv-00103-FCD-DAD                          1

| | |
|---|---|
| 1 | Attorneys for Experian Information Solutions, Inc. |
| 2 Dated May 30, 2008 | |
| 3 | /s/ Donald E. Bradley |
| | Musick, Peeler & Garrett LLP |
| 4 | 650 Town Center Drive, Ste 1200 |
| | Costa Mesa, CA 92626-2447 |
| 5 | Phone: (714) 688-2447 |
| | Fax: (714) 668-2490 |
| 6 | d.bradley@mpglaw.com |
| | Attorneys for Trans Union LLC |
| 7 Dated:  May 30, 2008. | |
| | /s/ Tomio B Narita |
| 8 | Jeffrey A Topor |
| | Simmonds & Narita LLP |
| 9 | 44 Montgomery St, Ste 3010 |
| | San Francisco, CA 94104-4816 |
| 10 | Phone: (415) 283-1000 |
| 11 | Fax: (415) 352-2625 |
| | tnarita@snllp.com |
| 12 | jtopor@snllp.com |
| | Attorneys for Defendant Palisades Collection LLC |
| 13 | |
| 14 Dated: May 30, 2008 | /s/Mark E. Ellis |
| | Kimberley E Lewellan |
| 15 | Ellis, Coleman, Poirier, LaVoie & Steinheimer LLP |
| | 555 University Avenue, Suite 200 East |
| 16 | Sacramento, CA 95825 |
| | Phone: (916) 283-8820 |
| 17 | Fax: (916) 283-8821 |
| | Attorneys for Defendant Data Line Credit Corp. |
| 18 | |
| 19 Dated: May 30, 2008 | /s/ Franklin J Love |
| | 125 South Citrus Ave |
| 20 | Ste 101 |
| | Covina, CA 91723 |
| 21 | Phone (626) 653-0455 |
| | Fax: (626) 653-0465 |
| 22 | Email: office @fjlovelaw.com |
| 23 | Attorney for CMRE Financial Services, Inc. |

24  IT IS SO ORDERED.

25  Dated: June 2, 2008.

26  _____

27  FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE

28

Stip and Order re VDRP in *Jones v Experian, No*  2:08-cv-00103-FCD-DAD                     2