UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ALFRED JONES,

      Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

      Defendants.

NO. CIV. S-08-0103 FCD DAD

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Plaintiff's Motion to Amend the Complaint set for July 25, 2008 is VACATED and CONTINUED to August 8, 2008 at 10:00 a.m.  Defendants shall file and serve opposition briefs or notices of non-opposition no later than July 18, 2008.  Plaintiff may file and serve a reply on or before July 25, 2008.

    2.   Defendants' counsel are ordered to show cause why they should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to plaintiff's motion in compliance with Local Rule 78-230(c).

3. Defendants' counsel shall file their responses to the order to show cause on or before July 18, 2008.

4. A hearing on the order to show cause will follow the hearing on the Motion to Amend the Complaint.

IT IS SO ORDERED.

DATED: July 15, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE