Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff Alfred Jones

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED JONES, <br><br> Plaintiffs, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., et al, <br><br> Defendants | Case No. 2:08-CV-00103 FCD-DAD <br><br> ORDER FOR DISMISSAL OF REMAINING DEFENDANTS |

Pursuant to the stipulation of the parties, it is hereby ordered that plaintiff's claims against defendants Trans Union, LLC; CMRE Financial Services, Inc.; Experian Information Solutions, Inc.; Data Line Credit Corporation; & Palisades Collection, LLC are dismissed with prejudice and without costs to any party pursuant to FRCP 41(a)(1).

Dated: July 25, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Order for Dismissal of Claims (CMRE) in *Jones v Experian*

1